# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

JOHN D. STREET, JR.,                                                   PLAINTIFF

V.                                               NO. 4:06CV206-M-D

ROSALIND JOHNSON, et al.,                                     DEFENDANTS

## ORDER

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated May 11, 2007, was on that date duly served by electronic mail upon Plaintiff's counsel; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated May11, 2007, is hereby approved and adopted as the opinion of the court;

2) Defendants Charles McNeil, Marcus Fullwiley, Rebecca Blount, Doe Furgeson, Charles E. Thomas, James L. Brewer, Marvin Overstreet and Christopher Epps are DISMISSED with prejudice; and

3) Plaintiff's claims shall proceed with regard to Defendants Rosalind Johnson, Leonard Stigler and Robert Tidwell

THIS the 12th day of June, 2007.

                                                     /s/ Michael P. Mills  
                                                     **CHIEF JUDGE**  
                                                     **UNITED STATES DISTRICT COURT**  
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**