# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**JOHN D. STREET, JR.**                                                 **PLAINTIFF**

**V.**                                      **NO. 4:06CV206-MPM-JAD**

**ROSALIND JOHNSON, et al.**                          **DEFENDANTS**

### CONSOLIDATED WITH

**JOHN D. STREET, JR.**                              **PLAINTIFF**

**V.**                       **NO. 4:07CV092-MPM-JAD**

**MARVIN OVERSTREET, et al.**                         **DEFENDANTS**

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Plaintiff, an inmate, brings this complaint *pro se* pursuant to 42 U.S.C. § 1983. The Magistrate Judge has submitted a Report dated June 26, 2009, recommending the dismissal of civil action 4:07CV092 against Defendants Michael Dave, Brenda Brown, Doe Coleman and Debra Pannel.

The Report was on that date duly served by mail upon the Plaintiff and Defendants at their last known addresses; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.

**THEREFORE**, it is hereby **ORDERED** that

(1) the Report and Recommendation (docket entry 50) is **APPROVED** and **ADOPTED** as the opinion of this court;

(2) Defendants Michael Dave, Brenda Brown, Doe Coleman and Debra Pannel are **DISMISSED WITH PREJUDICE**; and

(3) Plaintiff may proceed with his claim against the remaining Defendants.

SO ORDERED, this the 3${}^{rd}$ day of August, 2009.

                                        **/s/ MICHAEL P. MILLS**
                                        **CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**
                                        **NORTHERN DISTRICT OF MISSISSIPPI**